UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-81536-CV-MIDDLEBROOKS

LUIS SIERRA,

  Plaintiff,

v.

M SAND CORP., d/b/a/ BOCA ITALIANA,
and INTERNATIONAL ASSET HOLDINGS,
LLC.

  Defendants.
_____/

**ORDER CLOSING CASE**

  THIS CAUSE comes before the Court upon the Parties' Joint Motion for Order of Dismissal with Prejudice, filed October 26, 2016. (DE 26). The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is

  **ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT.** The Court shall retain jurisdiction to enforce the Stipulation of Settlement between the Parties.

  **DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this 27 day of October, 2016.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record